# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 1205

VERSUS

ARTY JAMES MARCEL

**FEBRUARY 16, 2024**

---

In Re:    Arty James Marcel, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 686293.

---

BEFORE:   **WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** Any challenge to a previous conviction which is not made before sentence is imposed may not thereafter be raised to attack the habitual offender sentence. See La. R.S. 15:529.1(D)(1)(b); **State v. Chaney**, 2020-0981 (La. App. 1st Cir. 6/4/21), 327 So.3d 1038, 1042-43, writ denied, 2021-01204 (La. 11/10/21), 326 So.3d 1251. On appeal, this court noted that the mandatory sentence required by "La. R.S. 15:529.1(A)(4)(b)" was imprisonment for the remainder of the defendant's natural life, without the benefit of parole, probation, or suspension of sentence. See **State v. Marcel**, 2015-1805 (La. App. 1st Cir. 6/3/16), 2016 WL 3126440 (unpublished), writ denied, 2016-1196 (La. 5/26/17), 221 So.3d 855. Moreover, there is no statutory bar to applying the habitual offender law in sentencing for more than one conviction obtained on the same date based on unrelated conduct. **State v. Lowery**, 2004-0802 (La. App. 1st Cir. 12/17/04), 890 So.2d 711, 722, writ denied, 2005-0447 (La. 5/13/05), 902 So.2d 1018.

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT